754

Cox *v.* Rowley et al., Appellants.

Argued June 16, 1967; reargument refused August 21, 1967. *Paul J. Senesky,* with him *Joseph J. Murphy, Vincent C. Veldorale,* and *Murphy, Veldorale & Weisbrod,* for appellants; *Irwin M. Ringold,* with him *Joseph F. Leeson,* for appellees; *Allan W. Lugg,* with him *Lugg & Snowiss,* for appellee.

Judgment affirmed.

Dochter, Appellant, *v.* Risse.

Argued June 15, 1967. *Anthony D. Miele,* with him *Fierro & Miele,* for appellant; *Martin M. Fine,* with him *Fine and Eisenbeis,* for appellee.

MONTGOMERY, J., would reverse the order granting a new trial and remand this case for the purpose of correcting the transcript of the evidence so as to comport with the occurrences at the trial as prescribed by the Act of 1911, May 11, P. L. 279, §4, 12 P.S. §1199, and thereafter pass upon the motions ex parte defendant for judgment n.o.v. and for a new trial.